2

FILED 

APR 2 2 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Samuel E. & Lisa M. McClure, | |
| Debtor(s). | Case No. 2:09-bk-02216-RTB |
| GE Money Bank INC. | **(JAMES M. MARLAR)** |
| Movant, | |
| vs. | |
| Samuel E. & Lida M. McClure, Debtors; Edward J. Maney, Trustee, | ORDER OF RECUSAL (GE MONEY BANK) |
| Respondent(s). | |

Before the court is the Motion For Relief From the Automatic Stay filed by GE MONEY BANK. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this 22 day of April, 2010.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this ___ day of
April, 2010 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Kaveh Mostafavi
GUINN LAW FIRM
430 W. First Street, #102
Tempe, Arizona 85281

Kirk Guinn
GUINN LAW GROUP, PLC
3707 E. Southern Avenue, #1070
Mesa, Arizona 85206

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85064-0434

Samuel E. & Lisa McClure
3752 N. 304th Avenue
Buckeye, Arizona 85396

by_____
Judicial Assistant

04/23/2010